UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WIRT, et al.,

       Plaintiffs,                  Case No.  04-73753

v.                                     Honorable Gerald E. Rosen
                                       U.S. District Judge
                                       Honorable R. Steven Whalen
TICONA POLYMERS, INC.,       U.S. Magistrate Judge
et al.,

       Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #44], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)A.  For the reasons stated on the record on May 24, 2005, Plaintiff's Motion is GRANTED IN PART AND DENIED IN PART, as follows:

    1.   The motion to compel is GRANTED as to  Interrogatory #1, #3 and #4 of Plaintiff's Second Interrogatories.

    2.   The motion to compel is DENIED as to Interrogatory #2 of Plaintiff's Second Interrogatories.

    3.   The motion to compel is GRANTED as to Request to Produce #1 of Plaintiff's

Third Request for Production of Documents.

    4. Defendant shall answer the interrogatories and produce the documents ordered herein within 14 days of the date of this Order.

    SO ORDERED.

                              s/R. Steven Whalen
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 24, 2005.

                              s/Gina Wilson
                              Judicial Assistant